IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
              THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
              THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| TEMPO GLOBAL RESOURCES LLC, | ) |
|     Plaintiff, | ) |
|     v. | ) No. 20-00066 |
| THE UNITED STATES, *ET AL.*, | ) |
|     Defendants. | ) |

**STATUS REPORT
AND
PLAINTIFF'S CONSENT MOTION FOR STAY**

Pursuant to Rules 1 and 7 of the Rules of the Court, plaintiff respectfully submits this status report and requests that the Court continue the current stay of this case until 65 days after the U.S. Court of Appeals for the Federal Circuit issues its mandate in the appeal of *PrimeSource Building Prods., Inc. v. United States,* No. 20-00032 (Ct. Int'l Trade Feb. 4, 2020) ("*PrimeSource*"). Counsel for defendants, Stephen Tosini, consented to this motion for stay on June 8, 2021.

**BACKGROUND**

This case is one of 12 matters in which various plaintiffs have challenged various aspects of a Presidential proclamation entitled Adjusting Imports of Derivative Aluminum Articles and Derivative Steel Articles Into the United States, 85 Fed. Reg. 5281 (Jan. 29, 2020) ("Proclamation 9980"). *PrimeSource* was the first such derivatives challenge filed,

and the Court entered its judgment on the merits on April 5, 2021.  On June 4, 2021, the United States filed a notice of appeal in *Primesource* (although the appeal does not appear to have been docketed yet by the Federal Circuit).  The Court had previously stayed this case pending final resolution in *PrimeSource* on February 5, 2021.  The order granting the motion to stay stated that the parties shall file a joint status report within 65 days after final resolution in *PrimeSource*.

## ARGUMENT

The Court has broad discretion to stay its own proceedings.  *Georgetown Steel Co. v. United States*, 259 F. Supp. 2d 1344 (Ct. Int'l Trade 2003).  Indeed, "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."  *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936).  Generally, a stay is warranted if it "will promote the interests of judicial economy and conserve the resources of the parties as well as the court."  *Union Steel Mfg. Co. v. United States*, 896 F. Supp. 2d 1330, 1336 (Ct. Int'l Trade 2013).

That is exactly the case here.  This matter raises issues that are virtually identical to those addressed in *PrimeSource*, a derivatives case that has already been resolved before the same panel and that is currently on appeal to the Federal Circuit.  Accordingly, the final decision on appeal in *PrimeSource* very likely affects the outcome of this matter.  Accordingly, a stay would foster the just, speedy, and inexpensive resolution of this case.  U.S. Ct. Int'l Trade R. 1.

For these reasons, plaintiff, with defendants' consent, respectfully requests that the Court stay this matter until 65 days after the Federal Circuit issues its mandate in the *PrimeSource* appeal.

Respectfully submitted,

/s/*Richard A. Mojica*_____
Richard A. Mojica
Adam P. Feinberg
Marcus A.R. Childress
**Miller & Chevalier Chartered**
900 16th Street NW
Washington, DC 20006
Phone: (202) 626-5800
Fax: (202) 626-5801
Email: rmojica@milchev.com
        afeinberg@milchev.com
        mchildress@milchev.com

Dated: June 9, 2021

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Standard Chambers Procedure ¶ 2(B)(2), I hereby certify that this motion complies with the word-count limitation set forth in Standard Chambers Procedure ¶ 2(B)(1). In making this certification, I have relied upon the word count function of the Microsoft Word processing system used to prepare this brief. According to the word count, this brief contains 447 words.

/s/ *Richard A. Mojica*

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| TEMPO GLOBAL RESOURCES LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 20-00066 |
| THE UNITED STATES, *ET AL.*, | ) |
| Defendants. | ) |

**ORDER**

Pursuant to plaintiff's consent motion for stay, it is hereby

ORDERED that this matter is stayed until 65 days after the U.S. Court of Appeals for the Federal Circuit issues its mandate in the appeal of *PrimeSource Building Prods., Inc. v. United States*, No. 20-00032 (Ct. Int'l Trade Feb. 4, 2020) ("*PrimeSource*"); and it is further

ORDERED that the parties shall file a joint status report within 65 days after the Federal Circuit issues its mandate in the appeal of *PrimeSource*.

Dated: _____                                            _____
New York, NY