**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE:   **THE HONORABLE TIMOTHY C. STANCEU, JUDGE**
**THE HONORABLE JENNIFER CHOE-GROVES, JUDGE**
**THE HONORABLE M. MILLER BAKER, JUDGE**

_____

|  |  |  |
|---|---|---|
| TEMPO GLOBAL RESOURCES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-00066 |
| | ) | |
| THE UNITED STATES, *ET AL*., | ) | |
| | ) | |
| Defendants. | ) | |

_____ )

## ORDER

Pursuant to plaintiff's consent motion for stay, it is hereby

ORDERED that this matter is stayed until 65 days after the U.S. Court of Appeals

for the Federal Circuit issues its mandate in the appeal of *PrimeSource Building Prods.,*

*Inc. v. United States*, No. 20-00032 (Ct. Int'l Trade Feb. 4, 2020) ("*PrimeSource*"); and it

is further

ORDERED that the parties shall file a joint status report within 65 days after the

Federal Circuit issues its mandate in the appeal of *PrimeSource*.


Dated:  June 14, 2021
     New York, NY

/s/ Jennifer Choe-Groves
     Judge

/s/ M. Miller Baker
     Judge

/s/ Timothy C. Stanceu
     Judge