IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| TEMPO GLOBAL RESOURCES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20-00066 |
| ) | |
| THE UNITED STATES, *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Pursuant to plaintiff's consent motion for stay, it is hereby

ORDERED that this matter is stayed until 65 days after the U.S. Supreme Court's resolution of any proceedings resulting from the petition for a writ of certiorari filed by PrimeSource Building Products, Inc. on July 21, 2023. *See PrimeSource Building Products, Inc. v. United States*, U.S. Supreme Court No. 23-69.

ORDERED that the parties shall file a joint status report within 65 days after the U.S. Supreme Court's resolution of any proceedings resulting from such petition.

Dated: _____                              _____
       New York, NY

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
          THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
          THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| TEMPO GLOBAL RESOURCES LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 20-00066 |
| THE UNITED STATES, *ET AL.*, | )<br>)<br>) |
| Defendants. | )<br>) |

## STATUS REPORT
## AND
## PLAINTIFF'S CONSENT MOTION FOR STAY

Pursuant to Rules 1 and 7 of the Rules of the Court, plaintiff respectfully submits this status report and requests that the Court continue the current stay of this case until 65 days after the U.S. Supreme Court's resolution of any proceedings resulting from the petition for a writ of certiorari filed by PrimeSource Building Products, Inc. on July 21, 2023. *See PrimeSource Building Products, Inc. v. United States*, U.S. Supreme Court No. 23-69. Counsel for defendants, Joshua Kurland, consented to this motion for stay on August 2, 2023.

## BACKGROUND

This case is one of 12 matters in which various plaintiffs have challenged various aspects of a Presidential proclamation entitled *Adjusting Imports of Derivative Aluminum Articles and Derivative Steel Articles Into the United States*, 85 Fed. Reg. 5281 (Jan. 29,

2020) (*Proclamation 9980*). *PrimeSource Building Prods., Inc. v. United States*, No. 20-00032 (Ct. Int'l Trade) ("*PrimeSource I")* was the first such derivatives challenge filed. This Court stayed this case pending final resolution in *PrimeSource* on February 5, 2021. The order granting the motion to stay stated that the parties shall file a joint status report within 65 days after final resolution in *PrimeSource*. The Court entered its judgment on the merits in *PrimeSource I* on April 5, 2021. On June 4, 2021, the United States filed a notice of appeal, resulting in *PrimeSource Building Prods., Inc. v. United States*, 59 F.4th 1255 (2023) ("*PrimeSource II*"). On June 14, 2021, this Court granted a continuation of the stay until 65 days after the Federal Circuit issued its mandate in *PrimeSource II*. The Federal Circuit entered judgment in *PrimeSource II* on February 7, 2023, denied a petition for rehearing on June 22, 2023, and issued the mandate on July 5, 2023. Therefore, this Court's current stay in this case will expire on September 8, 2023.

On July 21, 2023, PrimeSource Building Products, Inc. filed a petition for a writ of certiorari in the U.S. Supreme Court. *See PrimeSource Building Products, Inc. v. United States,* U.S. Supreme Court No. 23-69. Because any proceedings in the U.S. Supreme Court are likely to occur after the current stay in this case is set to expire, plaintiff respectfully asks that the current stay be continued until any proceedings in the Supreme Court are resolved.

2

## **ARGUMENT**

The Court has broad discretion to stay its own proceedings. *Georgetown Steel Co., LLC v. United States*, 259 F. Supp. 2d 1344 (Ct. Int'l Trade 2003). Indeed, "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). Generally, a stay is warranted if it "will promote the interests of judicial economy and conserve the resources of the parties as well as the court." *Union Steel Mfg. Co. v. United States*, 896 F. Supp. 2d 1330, 1336 (Ct. Int'l Trade 2013).

That continues to be the case here. This matter raises issues that are virtually identical to those addressed in *PrimeSource*, an aluminum derivatives case that already has been resolved before the same panel assigned to this case and that was appealed to and decided by the Federal Circuit. Following the Federal Circuit's judgement and mandate, the Supreme Court now might grant certiorari in the case.

Because any further proceedings in the U.S. Supreme Court involving *PrimeSource* would likely affect the outcome of this matter, a continued stay would foster the just, speedy, and inexpensive resolution of this case. USCIT R. 1.

For these reasons, plaintiff, with defendants' consent, respectfully requests that the Court stay this matter until 65 days after the U.S. Supreme Court's resolution of any proceedings resulting from the petition for a writ of certiorari filed by PrimeSource Building Products, Inc. on July 21, 2023.

 Respectfully submitted,

 <u>/s/*Richard A. Mojica*</u>
 Richard A. Mojica
 Adam P. Feinberg
 **Miller & Chevalier Chartered**
 900 16th Street NW
 Washington, DC 20006
 Phone: (202) 626-5800
 Fax: (202) 626-5801
 Email: rmojica@milchev.com
    afeinberg@milchev.com

Dated: August 3, 2023

4

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Standard Chambers Procedure ¶ 2(B)(2), I hereby certify that this motion complies with the word-count limitation set forth in Standard Chambers Procedure ¶ 2(B)(1). In making this certification, I have relied upon the word count function of the Microsoft Word processing system used to prepare this brief. According to the word count, this brief contains 643 words.

/s/ *Richard A. Mojica*