UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
         THE HONORABLE M. MILLER BAKER, JUDGE
         THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| TEMPO GLOBAL RESOURCES LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES, *ET AL.*,<br><br>　　Defendants. | No. 20-00066 |

## ORDER

Pursuant to plaintiff's consent motion for stay, it is hereby

ORDERED that this matter is stayed until 65 days after the U.S. Supreme Court's resolution of any proceedings resulting from the petition for a writ of certiorari filed by PrimeSource Building Products, Inc. on July 21, 2023, *see PrimeSource Building Products, Inc. v. United States*, U.S. Supreme Court No. 23-69; and it is further

ORDERED that the parties shall file a joint status report within 65 days after the U.S. Supreme Court's resolution of any proceedings resulting from such petition.

　　　　　　　　　　　　　　　　　　　　　　／s/ Jennifer Choe-Groves
　　　　　　　　　　　　　　　　　　　　Jennifer Choe-Groves, Judge

　　　　　　　　　　　　　　　　　　　　　　／s/ M. Miller Baker
　　　　　　　　　　　　　　　　　　　　M. Miller Baker, Judge

　　　　　　　　　　　　　　　　　　　　　　／s/ Timothy C. Stanceu
　　　　　　　　　　　　　　　　　　　　Timothy C. Stanceu, Judge

Dated: August 7, 2023
New York, New York