IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE TIMOTHY C. STANCEU, CHIEF JUDGE
          THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
          THE HONORABLE M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| TEMPO GLOBAL RESOURCES LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 20-00066 |
| THE UNITED STATES, *ET AL.*, | ) | |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade Rule, the parties stipulate that this action is hereby dismissed without prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

/s/ Richard A. Mojica
Richard A. Mojica
Adam P. Feinberg
**Miller & Chevalier Chartered**
900 16th Street NW
Washington, DC 20006
Phone: (202) 626-5800
Fax: (202) 626-5801
Email:  rmojica@milchev.com
        afeinberg@milchev.com

        BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Joshua E. Kurland
JOSHUA E. KURLAND
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-0477
Fax: (202) 353-0461
Email: Joshua.E.Kurland@usdoj.gov

Dated: November 6, 2023